IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br>Cori Allen Gaither, Samora Lynette Gaither<br><br>**Debtor(s)**.<br><br>Progress Residential Borrower 24, LLC<br><br>**Movant**<br><br>v.<br><br>Cori Allen Gaither, Debtor, Samora Lynette Gaither, Joint Debtor,<br> Melissa J. Davey, Trustee<br><br>**Respondents**. | CASE NO. 25-64150-lrc<br>CHAPTER 13<br><br>Judge Lisa Ritchey Craig<br><br>CONTESTED MATTER |

**PROGRESS RESIDENTIAL BORROWER 24, LLC'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Progress Residential Borrower 24, LLC (hereinafter "Movant"), a creditor

and party in interest in the above-captioned case, by and through its undersigned counsel, and,

pursuant to 11 U.S.C. § 362(d), moves the Court for an order lifting the automatic stay (hereinafter,

the "Motion"), respectfully showing this honorable Court as follows:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the

automatic stay for all purposes allowed by law and the contract between the parties including,

but not limited to, the right to proceed with a Dispossessory Action.

2.

Cori Allen Gaither ("Debtor") and Samora Lynette Gaither ("Joint Debtor" and inclusively

hereinafter, "Debtors") filed a voluntary petition for bankruptcy protection under Chapter 13 of

1

the Bankruptcy Code on December 4, 2025, and is, therefore, subject to the jurisdiction of the Court.

3.

This Court has jurisdiction over this Motion pursuant to 11 U.S.C. §§ 362 and 363.

4.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated July 14, 2025, at a rate of $3175.00 per month, plus utilities as-incurred and fees accruing thereunder (hereinafter, the "Lease").  The Lease is executed by Cori Allen Gaither and Samora Lynette Gaither, relative to certain property known as 315 Paper Mill Dr, Lawrenceville GA 30046, (hereinafter, the "Property").  A true and correct copy of the Lease is attached hereto as Exhibit "A" and incorporated herein by reference.

5.

Movant avers that, pursuant to the terms and conditions of the Lease, the Debtors are currently in default under the terms of the Lease for non-payment of rent in the amount of $17,825.89, including a post-filing default for failure to pay rent, plus utilities as-incurred and fees accruing thereunder, for the month(s) of January, February, March, and April 2026.

6.

Movant further avers there is cause, including the lack of adequate protection, for granting Movant's Motion for Relief from Automatic Stay.  Furthermore, the stay should be lifted as the Debtors do not have equity in the Property, and it is not necessary for an effective reorganization.

7.

Because the Lease provides, the Debtors are responsible for Movant's reasonable attorney's fees and expenses.

2

8.

Pursuant to 11 U.S.C. § 362(d), Movant is entitled to a termination of the automatic stay, with respect to its Property, since the lack of adequate protection exists.

9.

Movant requests that the provisions of Bankruptcy Rule 4001(a)(4) be waived and/or modified so as to allow Movant to proceed immediately with a dispossessory action in the applicable state Magistrate Court.

WHEREFORE, Movant  PROGRESS RESIDENTIAL BORROWER 24, LLC  prays for the following relief:

(a)      That this Court grant Movant's Motion for Relief From Stay;

(b)      That the automatic stay pursuant to § 362(d) of the Bankruptcy Code be terminated, annulled, modified, and lifted to permit Movant to pursue all remedies available under Georgia law to recover possession of the Property and to allow Movant to apply any security deposit held by Movant to any post-petition amounts which came due under the terms of the Lease, and that the property be abandoned as property of the estate;

(c)      That the Court waive and/or modify Bankruptcy Rule 4001(a)(4) so as to allow Movant to proceed immediately with a dispossessory action;

(d)      That the Court award Movant its attorney's fees and costs in bringing of this Motion; and

(e)      For such other and further relief as this Court deems just and equitable.


Respectfully submitted, this Thursday, April 9, 2026.

3

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br>Cori Allen Gaither, Samora Lynette Gaither<br><br>Debtor(s). | CASE NO. 25-64150-lrc<br>CHAPTER 13 |
| ——————————————<br><br>Progress Residential Borrower 24, LLC<br><br>Movant<br><br>v.<br><br>Cori Allen Gaither, Samora Lynette Gaither,<br>Debtor(s),<br>  Melissa J. Davey, Trustee<br><br>  Respondents. | Judge Lisa Ritchey Craig<br><br>CONTESTED MATTER |

## NOTICE OF HEARING

   **PLEASE TAKE NOTICE** that **Movant Progress Residential Borrower 24, LLC** has filed a **Motion for Relief from Stay** and related papers with the Court in the above-referenced matter, seeking an order lifting the automatic stay as to certain real property located at 315 Paper Mill Dr, Lawrenceville GA 30046.

   **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on **Motion for Relief From Stay** at **9:00 A.M. (ET) on Tuesday, May 5, 2026** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must be attended in person, unless the Court orders otherwise.

   Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive SW, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

5

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated:  Thursday, April 9, 2026.


THE TOTTEN FIRM, LLC                                /s/ Matthew F. Totten
5579 Chamblee-Dunwoody Rd, Ste B-136    MATTHEW F. TOTTEN
Atlanta, GA 30338                                      (Georgia Bar No. 798589)
(404) 692-4342 (Telephone)                       ATTORNEY FOR MOVANT
mft@tottenfirm.com

## CERTIFICATE OF SERVICE

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing *Notice of Hearing* in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

Matthew Thomas Berry
Matthew T. Berry & Associates
Suite 600
2751 Buford Highway, NE
Atlanta, GA 30324

Susan H. Senay
Matthew T. Berry & Associates
Suite 600
2751 Buford Highway, NE
Atlanta, GA 30324

Kelly D. Thomas
Matthew T. Berry & Associates
Suite 600
2751 Buford Highway, NE
Atlanta, GA 30324

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Cori Allen Gaither, Debtor
315 Paper Mill Dr
Lawrenceville GA 30046

Samora Lynette Gaither, Joint Debtor
315 Paper Mill Dr
Lawrenceville GA 30046

Dated:  Thursday, April 9, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT