**IT IS ORDERED as set forth below:**

**Date: May 7, 2026**



_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Cori Allen Gaither, Samora Lynette Gaither | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | CASE NO. 25-64150-lrc |
| | ) | CHAPTER 13 |
| Progress Residential Borrower 24, LLC | ) | |
| | ) | Judge Lisa Ritchey Craig |
| Movant. | ) | |
| | ) | |
| V. | ) | CONTESTED MATTER |
| | ) | |
| Cori Allen Gaither, Debtor; | ) | |
| | ) | |
| Samora Lynette Gaither, Joint Debtor; and | ) | |
| | ) | |
| K. Edward Safir, Trustee | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On April 9, 2026, Progress Residential Borrower 24, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 22) (the "Motion"). The Motion concerns rented real property known as 315 Paper Mill Dr., Lawrenceville, GA 30046 (the "Property"). A

1

hearing on said Motion was heard on May 5, 2026, upon notice Movant contends was proper. No response or objection to the Motion was announced by Debtor, Joint Debtor, or Trustee, and similarly no opposition to Movant's Motion was announced by Debtor, Joint Debtor, or Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is HEREBY

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor and Joint Debtor within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and Joint Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

2

**No Opposition:**
/s/ _Mandy K. Campbell (w/ exp perm)__
Mandy K. Campbell
GA BAR NO. 142676
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree St. NE
Atlanta, GA 30303
Email: orders@13trusteeatlanta.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Matthew Thomas Berry
Matthew T. Berry & Associates
Ste 600
2751 Buford Highway, NE
Atlanta, GA 30324

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree St. NE
Atlanta, GA 30303

Cori Allen Gaither, Debtor
315 Paper Mill Dr
Lawrenceville, GA 30046

Samora Lynette Gaither, Joint Debtor
 315 Paper Mill Dr
Lawrenceville, GA 30046

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 25-64150-lrc

Cori Allen Gaither                                                                        Chapter 13

Samora Lynette Gaither

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: pdf401 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jtdb | + Cori Allen Gaither, Samora Lynette Gaither, 315 Paper Mill Dr, Lawrencevile, GA 30046-3192 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | May 07 2026 20:53:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026        Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Tatelbaum | on behalf of Creditor World Omni Financial Corp cmt@trippscott.com  bankruptcy@trippscott.com |
| Jesse D Hachat | on behalf of Creditor World Omni Financial Corp hachatlawfirm@gmail.com  hachatlawfirm@gmail.com |
| Kelly D. Thomas | on behalf of Debtor Cori Allen Gaither E-Notice@mattberry.com;berry.associates.kelly@gmail.com |

District/off: 113E-9                            User: bncadmin                                 Page 2 of 2
Date Rcvd: May 07, 2026                        Form ID: pdf401                             Total Noticed: 2

Kelly D. Thomas
                    on behalf of Joint Debtor Samora Lynette Gaither E-Notice@mattberry.com;berry.associates.kelly@gmail.com

Matthew Franklin Totten
                    on behalf of Creditor Progress Residential Borrower 24  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Matthew Thomas Berry
                    on behalf of Joint Debtor Samora Lynette Gaither
                    E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@s
                    itekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com

Matthew Thomas Berry
                    on behalf of Debtor Cori Allen Gaither
                    E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@s
                    itekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com

Melissa J. Davey
                    mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

Susan H. Senay
                    on behalf of Debtor Cori Allen Gaither E-Notice@mattberry.com;berry.associates.susan@gmail.com

Susan H. Senay
                    on behalf of Joint Debtor Samora Lynette Gaither E-Notice@mattberry.com;berry.associates.susan@gmail.com


TOTAL: 10