UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                     :
                                           :
CORI ALLEN GAITHER                         :        CHAPTER     13
SAMORA LYNETTE GAITHER                     :        CASE NO.:   25-64150-lrc
                                           :
    Debtors                                :
                                           :
------------------------------------------ : -----------------------------------------------
                                           :
WORLD OMNI FINANCIAL CORP.                 :
        Movant,                            :
vs.                                        :        CONTESTED MATTER
                                           :
CORI ALLEN GAITHER, Debtor                 :
SAMORA LYNETTE GAITHER, Debtor   :
MELISSA J. DAVEY, Trustee                  :
        Respondents.                       :

WITHDRAWAL OF OBJECTION TO CONFIRMATION

    COMES NOW World Omni Financial Corp. and respectfully withdraws its previously

filed Objection to Confirmation.

Respectfully submitted,

/s/ *Jesse D. Hachat*
Jesse D. Hachat, GA Bar Number 142281
341 Sarah Lane
Lawrenceville, GA 30046
jhachat@hotmail.com
(678) 557-6918
(404) 662-2255 fax

**OF COUNSEL:**
**TRIPP SCOTT, P.A.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |  |
|---|---|---|---|
| IN RE: | : | | |
| | : | | |
| CORI ALLEN GAITHER | : | CHAPTER | 13 |
| SAMORA LYNETTE GAITHER | : | CASE NO.: | 25-64150-lrc |
| | : | | |
| Debtors | : | | |
| | : | | |
| | : | | |
| WORLD OMNI FINANCIAL CORP. | : | | |
| Movant, | : | | |
| vs. | : | CONTESTED MATTER | |
| | : | | |
| CORI ALLEN GAITHER, Debtor | : | | |
| SAMORA LYNETTE GAITHER, Debtor | : | | |
| MELISSA J. DAVEY, Trustee | : | | |
| Respondents. | : | | |

CERTIFICATE OF SERVICE

        This is to certify that I have this day served all parties in the within and foregoing matter with a copy of the attached Withdrawal of Objection to Confirmation by depositing a copy of the same in the United States Mail, postage prepaid, addressed as follows:

Cori Allen Gaither
315 Paper Mill Dr
Lawrencevile, GA 30046

Samora Lynette Gaither
315 Paper Mill Dr
Lawrencevile, GA 30046

Matthew Thomas Berry
Matthew T. Berry & Associates
Suite 600, 2751 Buford Highway, NE
Atlanta, GA 30324

Susan H. Senay
Matthew T. Berry & Associates
Suite 600, 2751 Buford Highway NE
Atlanta, GA 30324

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

This 8th day of June, 2026.

/s/ *Jesse D. Hachat*
Jesse D. Hachat, GA Bar Number 142281