UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:    Cori Allen Gaither,                               CHAPTER 13
          Samora Lynette Gaither,
                                                           CASE NO.:  25-64150
          DEBTOR

Certificate of Review

Comes now the undersigned and hereby certifies that I have reviewed the claims filed in

the above-referenced case and have taken the action which is, in my legal judgment, appropriate

as of this date. Notwithstanding this certificate, Counsel reserves the right to file additional

pleadings, including but not limited to, adversary proceedings as appropriate in the future.

This 11th day of June, 2026.

                                        _____/s/_____
                                        Carrie Oxendine, Bar No.: 141478
                                        Attorney for Debtor
                                        Berry & Associates
                                        2751 Buford Hwy
                                        Suite 600
                                        Atlanta, Georgia  30324

        I hereby certify that on the 11th day of June, 2026, I electronically filed the foregoing
pleading with the Clerk of Court using the Bankruptcy Court's Electronic Case Filing program,
which sends a notice of this document and an accompanying link to this document to the
following parties who have appeared in this case under the Bankruptcy Court's Electronic Case
Filing program:

Parties Served:

Melissa J. Davey, Chapter 13 Trustee

                                        _____/s/_____
                                        Carrie Oxendine, Bar No.: 141478