**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

| | |
|---|---|
| In   Debtor(s)<br>Re:   **Cori Allen Gaither**<br>315 Paper Mill Dr<br>Lawrenceville, GA 30046<br><br>**xxx–xx–9325**<br><br>**Samora Lynette Gaither**<br>315 Paper Mill Dr<br>Lawrenceville, GA 30046<br><br>**xxx–xx–3892** | Case No.: **25–64150–lrc**<br>Chapter:  **13**<br>Judge:  **Lisa Ritchey Craig** |

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

(8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.


**IT IS SO ORDERED.**


Dated:   June 16, 2026

New Form 132

_____

Lisa Ritchey Craig
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                    Case No. 25-64150-lrc

Cori Allen Gaither                                                        Chapter 13

Samora Lynette Gaither

    Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-9                    User: bncadmin                              Page 1 of 5

Date Rcvd: Jun 16, 2026                 Form ID: 132                          Total Noticed: 74

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | + | Cori Allen Gaither, Samora Lynette Gaither, 315 Paper Mill Dr, Lawrencevile, GA 30046-3192 |
| 25603201 | | Cbna, Attn: Bankruptcy, PO Box 509, Canton, NY 13617-0509 |
| 25603214 | + | Edc/Esusu/Progress Res, 200 Broadway, New York, NY 10038-2595 |
| 25603213 | + | Edc/Esusu/Progress Res, Attn: Bankruptcy Dept, 200 Broadway Fl 3, New York, NY 10038-2595 |
| 25603216 | | Fla Cr Un, 1615 NW 80th Blvd, Gainesville, FL 32606-9140 |
| 25603215 | | Fla Cr Un, Attn: Bankruptcy, PO Box 5549, Gainesville, FL 32627-5549 |
| 25603219 | | Iberia Bank Fsb, PO Box 12440, New Iberia, LA 70562-2440 |
| 25603248 | | Unify Financial Fcu, 9323 Bellanca Ave, Los Angeles, CA 90045-4711 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 25603192 | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 16 2026 20:56:20 | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 25603193 | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 16 2026 20:55:59 | Affirm Inc, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 25603194 | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 16 2026 20:37:00 | Ahf, PO Box 168128, Irving, TX 75016-8128 |
| 25663946 | Email/PDF: bncnotices@becket-lee.com | Jun 16 2026 20:55:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 25603195 | Email/PDF: bncnotices@becket-lee.com | Jun 16 2026 20:55:36 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 25603196 | Email/PDF: bncnotices@becket-lee.com | Jun 16 2026 20:55:36 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 25603197 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 16 2026 20:36:00 | Apple Card/Gs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 25603198 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 16 2026 20:36:00 | Apple Card/Gs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 25680902 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2026 20:55:39 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25603199 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 20:55:54 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 25603200 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 20:55:35 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 25603202 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 21:08:59 | Cbna, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 25603203 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 20:56:24 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |

District/off: 113E-9 | User: bncadmin | Page 2 of 5
Date Rcvd: Jun 16, 2026 | Form ID: 132 | Total Noticed: 74

| | | | |
|---|---|---|---|
| 25603204 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 20:56:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 25699464 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 20:56:21 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 25603205 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2026 20:55:39 | Citibank N.A., Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 25603206 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 20:55:40 | Citicards Cbna, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 25603207 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 20:55:40 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 25603208 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2026 20:37:00 | Comenitybank/gandrmtmc, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 25603209 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2026 20:37:00 | Comenitybank/gandrmtmc, PO Box 182789, Columbus, OH 43218-2789 |
| 25603210 | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2026 20:55:55 | Credit One Bank NA, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 25603211 | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2026 20:55:55 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 25603212 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 16 2026 20:37:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 25603233 | Email/Text: rentsupport@esusu.org | Jun 16 2026 20:36:00 | Progressres, 200 Broadway, New York, NY 10038-2542 |
| 25603232 | Email/Text: rentsupport@esusu.org | Jun 16 2026 20:36:00 | Progressres, Attn: Bankruptcy Dept, 200 Broadway Fl 3, New York, NY 10038-2542 |
| 25603217 | Email/Text: bknotifications@flcu.org | Jun 16 2026 20:38:00 | Florida Cu, 2831 NW 43rd St, Gainesville, FL 32606-6608 |
| 25603218 | Email/Text: brnotices@dor.ga.gov | Jun 16 2026 20:37:00 | Georgia Department of Revenue, Attn: Bankruptcy, 2595 Century Parkway NE Suite 339, Atlanta, GA 30345 |
| 25603220 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2026 20:36:00 | Internal Revenue Service, 401 West Peachtree Street, NW, Mail Stop 334-D, Atlanta, GA 30308 |
| 25603222 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2026 20:56:14 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 25603221 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2026 20:56:14 | Jpmcb Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 25615048 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2026 20:55:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25603224 ^ MEBN | | Jun 16 2026 20:33:24 | Lightstream, 600 W Broadway, Ste 2000, San Diego, CA 92101-3358 |
| 25603223 | Email/Text: bankruptcy@bbandt.com | Jun 16 2026 20:37:00 | Lightstream, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 25603225 | Email/Text: camanagement@mtb.com | Jun 16 2026 20:37:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 25603226 | Email/Text: camanagement@mtb.com | Jun 16 2026 20:37:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 25669286 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2026 20:55:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25603228 + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 16 2026 20:38:00 | Navy Federal Cr Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22116-3000 |
| 25603227 | Email/Text: ext_ebn_inbox@navyfederal.org | | |

District/off: 113E-9

User: bncadmin

Page 3 of 5

Date Rcvd: Jun 16, 2026

Form ID: 132

Total Noticed: 74

| | | | |
|---|---|---|---|
| 25603229 | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 16 2026 20:38:00 | Navy Federal Cr Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 25660843 | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 16 2026 20:38:00 | Navy Federal Cr Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 25654905 + | Email/PDF: cbp@omf.com | Jun 16 2026 20:38:00 | Navy Federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 25603230 | Email/PDF: cbp@omf.com | Jun 16 2026 20:55:33 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 25603231 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2026 20:55:33 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 25724929 + | Email/Text: bknotices@progressresidential.com | Jun 16 2026 20:55:34 | Plusfinance/cws, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 25603237 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jun 16 2026 20:38:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25603236 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jun 16 2026 20:35:00 | Sezzle Inc, 251 1st Ave N, Minneapolis, MN 55401-1644 |
| 25603234 | Email/Text: bankruptcy@wofco.com | Jun 16 2026 20:35:00 | Sezzle Inc, Attn: Bankruptcy, 700 Nicollet Mall Ste 640, Minneapolis, MN 55402-2040 |
| 25603235 | Email/Text: bankruptcy@wofco.com | Jun 16 2026 20:36:00 | Setoyota Fin DBA of Wo, Attn: Bankruptcy, 6150 Omni Park Dr, Mobile, AL 36609-5195 |
| 25603239 + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 20:36:00 | Setoyota Fin DBA of Wo, PO Box 91614, Mobile, AL 36691-1614 |
| 25603238 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 20:55:53 | Syncb/amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 25709515 + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2026 20:55:52 | Syncb/amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| | | Jun 16 2026 20:55:38 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25603244 | Email/Text: bankruptcy@td.com | Jun 16 2026 20:37:00 | Td Bank N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 25603240 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 16 2026 20:36:00 | Tbom/Atls/Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 25603241 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 16 2026 20:36:00 | Tbom/Atls/Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 25603242 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 16 2026 20:36:00 | Tbom/Atls/Fortiva Mc, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 25603243 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 16 2026 20:36:00 | Tbom/Atls/Fortiva Mc, PO Box 105555, Atlanta, GA 30348-5555 |
| 25603246 + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 16 2026 20:36:00 | Toyota Motor Credit, PO Box 661009, Dallas, TX 75266-1009 |
| 25603245 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 16 2026 20:36:00 | Toyota Motor Credit, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 25921528 | Email/Text: EDBKNotices@ecmc.org | Jun 16 2026 20:36:00 | U.S. Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 25659141 + | Email/Text: BKRMailOps@weltman.com | Jun 16 2026 20:37:00 | UNIFY FINANCIAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |
| 25921523 | Email/Text: EDBKNotices@ecmc.org | Jun 16 2026 20:36:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 25603247 | Email/Text: bankruptcydepartment@unifyfcu.com | | |

| District/off: 113E-9 | User: bncadmin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 16, 2026 | Form ID: 132 | Total Noticed: 74 |

| | | Jun 16 2026 20:36:00 | Unify Financial Fcu, Attn: Bankruptcy Dept, PO Box 10018, Manhattan Beach, CA 90267-7518 |
|---|---|---|---|
| 25603757 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jun 16 2026 20:37:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25603249 | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jun 16 2026 20:55:54 | Wfbna Auto, PO Box 71092, Charlotte, NC 28272-1092 |
| 25684972 | + Email/Text: bankruptcy@trippscott.com | Jun 16 2026 20:36:00 | World Omni Financial Corp., c/o Charles M. Tatelbaum & David A. Ray, Tripp Scott P.A., 110 SE 6th Street, Suite 1500, Fort Lauderdale, FL 33301-5039 |
| 25684976 | + Email/Text: bankruptcy@trippscott.com | Jun 16 2026 20:36:00 | World Omni Financial Corp., c/o Charles M. Tatelbaum, Tripp Scott P.A., 110 SE 6th Street, Suite 1500, Fort Lauderdale, FL 33301-5039 |

TOTAL: 66

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25665735 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carrie L Oxendine | on behalf of Joint Debtor Samora Lynette Gaither E-Notice@mattberry.com;berry.associates.carrie@gmail.com;Oxendine.CarrieB147380@notify.bestcase.com |
| Carrie L Oxendine | on behalf of Debtor Cori Allen Gaither E-Notice@mattberry.com;berry.associates.carrie@gmail.com;Oxendine.CarrieB147380@notify.bestcase.com |
| Charles Tatelbaum | on behalf of Creditor World Omni Financial Corp cmt@trippscott.com  bankruptcy@trippscott.com |
| Jesse D Hachat | on behalf of Creditor World Omni Financial Corp hachatlawfirm@gmail.com  hachatlawfirm@gmail.com |
| Kelly D. Thomas | on behalf of Debtor Cori Allen Gaither E-Notice@mattberry.com;berry.associates.kelly@gmail.com |
| Kelly D. Thomas | on behalf of Joint Debtor Samora Lynette Gaither E-Notice@mattberry.com;berry.associates.kelly@gmail.com |

District/off: 113E-9                          User: bncadmin                                    Page 5 of 5
Date Rcvd: Jun 16, 2026                       Form ID: 132                                   Total Noticed: 74

Matthew Franklin Totten
                            on behalf of Creditor Progress Residential Borrower 24  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Matthew Thomas Berry
                            on behalf of Debtor Cori Allen Gaither
                            E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@s
                            itekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com

Matthew Thomas Berry
                            on behalf of Joint Debtor Samora Lynette Gaither
                            E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@s
                            itekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com

Melissa J. Davey
                            mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

Susan H. Senay
                            on behalf of Debtor Cori Allen Gaither E-Notice@mattberry.com;berry.associates.susan@gmail.com

Susan H. Senay
                            on behalf of Joint Debtor Samora Lynette Gaither E-Notice@mattberry.com;berry.associates.susan@gmail.com


TOTAL: 12