B 2100A (Form 2100A) (12/15)
WWR# 042028187

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

In re
CORI ALLEN GAITHER
SAMORA LYNETTE GAITHER

Case No. 25-64150-lrc

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

COMMUNITYAMERICA FCU SUCCESSOR BY MERGER TO UNIFY FINANCIAL FCU
Name of Transferee

UNIFY FINANCIAL CREDIT UNION
Name of Transferor

Name and Address where notices to transferee Should be sent:

COMMUNITYAMERICA FCU SUCCESSOR BY MERGER TO UNIFY FINANCIAL FCU
LOSS RECOVERY
9777 Ridge Drive
LENEXA, KS 66219

Phone: 800-892-7957
Last Four Digits of Acct#: 5072

Court Claim # (if known): 3-1
Amount of Claim: $83,153.02
Date Claim Filed: 01/09/2026

Phone: 800-892-7957
Last Four Digits of Acct#: 0001

Name and Address where transferee payments Should be sent (if different from above):

COMMUNITYAMERICA FCU SUCCESSOR BY MERGER TO UNIFY FINANCIAL FCU
LOSS RECOVERY
9777 Ridge Drive
LENEXA, KS 66219

Phone: 800-892-7957
Last Four Digits of Acct#: 5072

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ GARRY MASTERSON
Date: 09/25/2026

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim was served on the following registered ECF Participants **electronically** through the court's ECF System at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 1st day of October, 2026

MATTHEW THOMAS BERRY, Attorney for Debtor
MBERRY@MATTBERRY.COM

MELISSA J. DAVEY, Trustee
233 PEACHTREE ST NE STE 2250
ATLANTA, GA 30303

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

Addressed to:

CORI ALLEN GAITHER
315 PAPER MILL DR
LAWRENCEVILLE, GA 30046-3192

SAMORA LYNETTE GAITHER
315 PAPER MILL DR
LAWRENCEVILLE, GA 30046-3192

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
5990 WEST CREEK RD SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
gmasterson@weltman.com

National Credit Union Administration
Office of Credit Union Resources and Expansion

CHARTER NO. 15732

**CERTIFICATE OF NAME CHANGE**

I, the undersigned, certify that in accordance with the prescribed procedures of the National Credit Union Administration, the name of the

Unify Financial Federal Credit Union

was changed to

CommunityAmerica Federal Credit Union

The amendment of the charter changing the name of the credit union was approved on November 1, 2025.

RITA WOODS Digitally signed by RITA WOODS

Rita Y. Woods
Director, Division of Consumer Access

(NOTE: This certificate may be used to support the changing of the name of the credit union with the bank, the surety company, on investment certificates owned by the credit union, etc.)

NCUA 4106-II

Docusign Envelope ID: 4D86B16B-3C0F-463F-94E3-32ECD764B706


# Certification of Completion of Merger

*Instructions for NCUA 6309: Within 30 days after the effective date of the merger, the continuing credit union must complete this form and mail it to the appropriate NCUA Regional Director with the documents requested on the form. (These instructions can be deleted from the form.)*

We, the undersigned officers of UNIFY Financial Federal Credit Union, certify to the National Credit Union Administration as follows:

1. The merger of our credit union with CommunityAmerica Credit Union was completed 11/1/25 according to the terms and plan approved by this Board of Directors by a resolution adopted at the meeting held 5/20/25. We previously provided a certified copy of the resolution to the National Credit Union Administration.

2. We completed all required steps for the merger and transferred the merging credit union's assets.

Attached to this certification are the following documents:

1. Financial reports for each credit union immediately before the completion of the merger.

2. A consolidated financial report for the continuing credit union immediately after the completion of the merger.

3. The charter of the merging federal credit union (if available).

4. The insurance certificate for the merging federally insured credit union (if available).

5. A copy of the executed merger agreement, Form NCUA 6304.

This certification signed 11/18/25.

DocuSigned by:
David Shepard
FCE501D24DFD483...
Board Presiding Officer

Signed by:
Tony Tam
ACB84BC990884E5...
Treasurer