**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

IN THE MATTER OF:

**Cori Allen Gaither,**

**Samora Lynette Gaither,**

Debtor(s)

CASE NUMBER:

**25−64150−lrc**

CHAPTER: **13**

## NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:** CommunityAmerica FCU successor by merger to Unify Financial FCU
**Proposed Transferor:** Unify Financial Credit Union
Owner of claim per Court records: Unify Financial Credit Union
Claim Number(s) 3

Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case. Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated October 14, 2026

Vania S. Allen , Clerk of Court
U.S. Bankruptcy Court

Form 428

United States Bankruptcy Court
Northern District of Georgia

In re:
Cori Allen Gaither
Samora Lynette Gaither
Debtors

Case No. 25-64150-lrc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9
User: bncadmin
Page 1 of 2
Date Rcvd: Oct 29, 2026
Form ID: 428
Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | #+ | Cori Allen Gaither, Samora Lynette Gaither, 315 Paper Mill Dr, Lawrencevile, GA 30046-3192 |
| | + | CommunityAmerica FCU successor, by merger to, Unify Financial FCU, Loss Recovery, 9777 Ridge Drive Lenexa, KS 66219-9746 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: BKRMailOps@weltman.com | Oct 29 2026 11:34:00 | UNIFY FINANCIAL CREDIT UNION, c/o Weltman, Weinberg, & Reis Co., LPA, 5990 West Creek Rd, Ste 200, INDEPENDENCE, OH 44131-2191 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carrie L Oxendine | on behalf of Debtor Cori Allen Gaither |

| | |
|---|---|
| | E-Notice@mattberry.com;berry.associates.carrie@gmail.com;Oxendine.CarrieB147380@notify.bestcase.com |
| Carrie L Oxendine | on behalf of Joint Debtor Samora Lynette Gaither E-Notice@mattberry.com;berry.associates.carrie@gmail.com;Oxendine.CarrieB147380@notify.bestcase.com |
| Charles Tatelbaum | on behalf of Creditor World Omni Financial Corp cmt@trippscott.com bankruptcy@trippscott.com |
| Garry Masterson | on behalf of Creditor CommunityAmerica FCU successor by merger to Unify Financial FCU bronationalecf@weltman.com |
| Jesse D Hachat | on behalf of Creditor World Omni Financial Corp hachatlawfirm@gmail.com hachatlawfirm@gmail.com |
| Kelly D. Thomas | on behalf of Debtor Cori Allen Gaither E-Notice@mattberry.com;berry.associates.kelly@gmail.com |
| Kelly D. Thomas | on behalf of Joint Debtor Samora Lynette Gaither E-Notice@mattberry.com;berry.associates.kelly@gmail.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 24 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Matthew Thomas Berry | on behalf of Debtor Cori Allen Gaither E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@sitekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com |
| Matthew Thomas Berry | on behalf of Joint Debtor Samora Lynette Gaither E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@sitekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |
| Susan H. Senay | on behalf of Debtor Cori Allen Gaither E-Notice@mattberry.com;berry.associates.susan@gmail.com |
| Susan H. Senay | on behalf of Joint Debtor Samora Lynette Gaither E-Notice@mattberry.com;berry.associates.susan@gmail.com |

TOTAL: 13